UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for PNC Bank, National Association
PETER A. LAWRENCE, ESQ.
PN405
bankruptcy@fskslaw.com

| In Re: | Case No.: 24-15533 RG |
|---|---|
| JOSE A GALVAO | Chapter: 13 |
| Debtor(s). | Judge: HONORABLE ROSEMARY GAMBARDELLA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC Bank, National Association. This party is a party in interest in this case and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for PNC Bank, National Association

Dated: July 5, 2024          By: /S/Peter A. Lawrence
                                 PETER A. LAWRENCE, ESQ.

Case No.: 24-15533 RG