Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15533−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Galvao
   15 Ridge Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−0895

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/31/24 and a confirmation hearing on such Plan has been scheduled for 8/7/24.

The debtor filed a Modified Plan on 7/29/24 and a confirmation hearing on the Modified Plan is scheduled for 9/4/24. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: July 30, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-15533-RG
Jose A Galvao  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Jul 30, 2024  Form ID: 186  Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103 |
| 520285169 | | Altantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520285200 | + | Manuel Galvao, 149 Johnston Avenue, Kearny, NJ 07032-2349 |
| 520290624 | + | Nationstar Mortgage LLC, Att: Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgatge Dr., Winston-Salem, NC 27103-2930 |
| 520285207 | | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520304338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2024 20:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520295756 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2024 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520326066 | | Email/PDF: bncnotices@becket-lee.com | Jul 30 2024 20:54:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520285172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 20:54:22 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520285170 | + | Email/PDF: bncnotices@becket-lee.com | Jul 30 2024 20:57:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520285171 | + | Email/PDF: bncnotices@becket-lee.com | Jul 30 2024 20:55:48 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520285176 | | Email/Text: BNBSB@capitalsvcs.com | Jul 30 2024 20:43:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520285175 | | Email/Text: BNBSB@capitalsvcs.com | Jul 30 2024 20:43:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520285173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 30 2024 20:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520285174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 30 2024 20:44:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520314781 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2024 20:45:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520285177 | + | Email/Text: cms-bk@cms-collect.com | Jul 30 2024 20:44:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |

Case 24-15533-RG   Doc 19   Filed 08/01/24   Entered 08/02/24 00:14:23   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: 186 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 520285178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2024 20:55:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520285179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2024 20:55:31 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520297669 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2024 20:54:34 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520285182 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 30 2024 20:45:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520285183 | ^ | MEBN | Jul 30 2024 20:41:10 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520327832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 20:56:49 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520285185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 20:55:03 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 20:54:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520285186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2024 20:44:00 | Comenity Capital Bank/breadcashback, Po Box 182120, Columbus, OH 43218-2120 |
| 520285187 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2024 20:56:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520285188 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2024 20:54:40 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520293668 | | Email/Text: mrdiscen@discover.com | Jul 30 2024 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520285190 | + | Email/Text: mrdiscen@discover.com | Jul 30 2024 20:43:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520285189 | + | Email/Text: mrdiscen@discover.com | Jul 30 2024 20:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520285191 | + | Email/Text: dplbk@discover.com | Jul 30 2024 20:45:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285192 | + | Email/Text: dplbk@discover.com | Jul 30 2024 20:45:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285193 | | Email/Text: bankruptcycourts@equifax.com | Jul 30 2024 20:44:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 520285194 | ^ | MEBN | Jul 30 2024 20:39:05 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 520291706 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2024 20:44:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520285195 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2024 20:44:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520285196 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2024 20:44:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520285197 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2024 20:44:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520285198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2024 20:44:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520285199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2024 20:44:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520285180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2024 20:57:04 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520285181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2024 20:56:58 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520318233 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Jul 30 2024 20:43:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520291361 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 30 2024 20:56:48 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285201 | | Email/Text: bankruptcydpt@mcmcg.com Jul 30 2024 20:44:00 | | Midland Credit Management Inc., for Aspire Visa, Department 8870, Los Angeles, CA 90084-8870 |
| 520285203 | + | Email/Text: nsm_bk_notices@mrcooper.com Jul 30 2024 20:44:00 | | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520285202 | + | Email/Text: nsm_bk_notices@mrcooper.com Jul 30 2024 20:44:00 | | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520285204 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Jul 30 2024 20:43:00 | | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520290625 | + | Email/Text: nsm_bk_notices@mrcooper.com Jul 30 2024 20:44:00 | | Nationstar - Mr. COoper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 520285206 | | Email/Text: Bankruptcy.Notices@pnc.com Jul 30 2024 20:43:00 | | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520285205 | + | Email/Text: pcabkt@phillips-cohen.com Jul 30 2024 20:44:00 | | Phillips & Cohen Associates, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520285208 | + | Email/Text: ngisupport@radiusgs.com Jul 30 2024 20:44:00 | | Radius Global Solutions LLC, PO Box 390915, Minneapolis, MN 55439-0911 |
| 520285209 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Jul 30 2024 20:43:00 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520285211 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 30 2024 20:55:25 | | Syncb/Verizon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520285210 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 30 2024 20:56:40 | | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520285212 | | Email/Text: epr@telecheck.com Jul 30 2024 20:45:00 | | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 520285213 | ^ | MEBN Jul 30 2024 20:40:56 | | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520285214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 30 2024 20:54:38 | | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285215 | ^ | MEBN Jul 30 2024 20:38:28 | | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520321766 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jul 30 2024 20:44:00 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520285216 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jul 30 2024 20:44:00 | | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520285217 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jul 30 2024 20:44:00 | | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520326071 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520291243 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: 186 | Total Noticed: 65 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Jose A Galvao ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7