UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
PNC Bank, National Association
PETER A. LAWRENCE, ESQ.
PN405
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re:<br><br>JOSE A. GALVAO<br><br> Debtor(s). | Case No.: 24-15533-RG<br><br>Adv. No.:<br><br>Chapter:   13<br><br>Hearing Date: SEPTEMBER 4, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>**OBJECTION OF PNC BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S MODIFIED PLAN** |

I, PETER A. LAWRENCE, ESQ., do hereby certify as follows:

1.   I am an attorney at law of the State of New Jersey associated with the law firm of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for **PNC Bank, National Association**, ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

2.   Secured Creditor objects to confirmation of Debtor's Chapter 13 Plan for the reasons which follow:

> (a) On June 1, 2021 Debtor and Co-Borrower, Maria Castro Galvao executed a loan agreement with Creditor in

the amount of $50,835.00 with a monthly payment of $1,119.63.

(b) As of the date of this objection, the estimated payoff of Debtor's loan is $14,340.81. Debtor's proposed Plan does not provide for post-petition payment of $1,119.63 to the Secured Creditor. Furthermore, Debtor's modified plan insufficient in that it fails to include payments or provide treatment for Secured Creditor's loan. Also, Debtor's plan should provide proof of insurance. Absent a modification by the Debtor to include payments and proof of insurance, this plan cannot be confirmed.

(c) Furthermore, Secured Creditor objects to Debtor's confirmation in that if the Debtor is post-petition delinquent at confirmation and Debtor's case is dismissed, then any excess funds that the Chapter 13 Trustee is holding should be released to the Secured Creditor. Absent the release of such excess funds in the possession of the Trustee, Secured Creditor is substantially harmed as the Debtor has enjoyed the benefit of the automatic stay to the detriment of Secured Creditor. Absent such language in the Order of Confirmation.

3. For the reasons stated above, and for any others that the

Court deems fit to adopt, Secured Creditor respectfully objects to

Debtor's plan and confirmation thereof.

I hereby certify that the foregoing statements made by me are

true.  I am aware that if any of the foregoing statements made by

me are wilfully false, I am subject to punishment.


**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for PNC Bank, National
Association


By: /S/PETER A. LAWRENCE, ESQ.
DATED: August 5, 2024

cc:  SCOTT E. TANNE - DEBTOR(S)' ATTORNEY
     MARIE-ANN GREENBERG - TRUSTEE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| IN RE:<br><br>JOSE A. GALVAO<br><br>Debtor(s) | Case No.: 24-15533-RG<br>Honorable Rosemary Gambardella<br>Chapter: 13 |

### CERTIFICATE OF SERVICE OF
### OBJECTION TO CONFIRMATION OF MODIFIED PLAN

I, the undersigned, hereby verify that on *August 6, 2024*, a true and correct copy of the Objection to Confirmation of Modified Plan was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: SCOTT E. TANNE, ESQ.
Trustee: MARIE-ANN GREENBERG
OFFICE OF THE U.S. TRUSTEE

Further, I certify that, on *August 6, 2024*, a true and correct copy of the Objection to Confirmation of Modified Plan was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

***Debtor's Attorney:***

SCOTT E. TANNE
SCOTT E. TANNE, ESQ.
70 BLOOMFIELD AVE.
SUITE 203
PINE BROOK, NJ 07058

***U.S. TRUSTEE:***

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

***Debtor(s):***

JOSE A. GALVAO
15 RIDGE LANE
BLAIRSTOWN, NJ 07825


By:_/s/Ruth Essington_
Paralegal
PNC BANK, NATIONAL ASSOCIATION
FEIN, SUCH, KAHN & SHEPARD, P.C.
6 CAMPUS DRIVE, SUITE 304
PARSIPPANY, NEW JERSEY 07054
973-538-4700