UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-15605 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Nationstar Mortgage LLC

In Re:

Jose A Galvao

Case No:  24-15533-RG

Hearing Date: September 18, 2024

Judge:  ROSEMARY GAMBARDELLA

Chapter:  13

# OBJECTION TO CONFIRMATION
# OF DEBTOR'S CHAPTER 13 PLAN

Nationstar Mortgage LLC ("Creditor"), by and through its undersigned counsel, files this

*Objection to Confirmation of Debtor's Modified Chapter 13 Plan* [DE 22], and states as follows:

1.	The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 31, 2024.

2.	Creditor holds a security interest in the Debtor's real property located at 15 Ridge Lane, Blairstown, NJ 07825 (the "Property"), by virtue of a Mortgage.

3.	The Debtor filed a Chapter 13 Plan (the "Plan") on August 16, 2024 [DE 22].

4.	Creditor filed a Proof of Claim in this case on July 31, 2024 (Claim No. 18).

5.	The Plan erroneously lists Creditor as a Secured Claim Unaffected by the Plan in Part 4(f). Creditor's Proof of Claim #18 includes pre-petition arrearage totaling $5,322.33, whereas the Plan proposes to pay $0.

6.      Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.  Creditor objects to any plan which proposes to pay it anything less than $5,322.33 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Matthew Fissel*
Matthew Fissel, NJ Bar No. 038152012
Andrew Spivack, NJ Bar No. 018141999
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-15605 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Nationstar Mortgage LLC

In Re:

Jose A Galvao

Case No:  24-15533-RG

Hearing Date: September 18, 2024

Judge:  ROSEMARY GAMBARDELLA

Chapter:  13

## CERTIFICATION OF SERVICE

1.    I, Elizabeth Oliver:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Nationstar Mortgage LLC in this matter.

☐ am the _____ in this case and am representing myself.

2.    On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  August 16, 2024                         /s/ *Elizabeth Oliver*
                                                      Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jose A Galvao<br>15 Ridge Lane<br>Blairstown, NJ 07825 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| SCOTT E. TANNE<br>70 BLOOMFIELD AVE<br>SUITE 203<br>PINE BROOK, NJ 07058 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee | US Trustee | ☐ Hand-delivered |

| | | |
|---|---|---|
| One Newark Center Ste 2100 Newark, NJ 07102 | | ☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.