Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15533−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Galvao
   15 Ridge Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−0895

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/31/2024 and a confirmation hearing on such Plan has been scheduled for 8/7/2024.

The debtor filed a Modified Plan on 8/16/2024 and a confirmation hearing on the Modified Plan is scheduled for 10/2/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 19, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jose A Galvao  
    Debtor

Case No. 24-15533-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 19, 2024      Form ID: 186      Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103 |
| 520285169 | | Altantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520285200 | + | Manuel Galvao, 149 Johnston Avenue, Kearny, NJ 07032-2349 |
| 520290624 | + | Nationstar Mortgage LLC, Att: Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgatge Dr., Winston-Salem, NC 27103-2930 |
| 520285207 | | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520304338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 20:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520295756 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 20:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520326066 | | Email/PDF: bncnotices@becket-lee.com | Aug 19 2024 20:51:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520285172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 20:51:28 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520285170 | + | Email/PDF: bncnotices@becket-lee.com | Aug 19 2024 21:03:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520285171 | + | Email/PDF: bncnotices@becket-lee.com | Aug 19 2024 21:03:28 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520352298 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 20:51:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285176 | | Email/Text: BNBSB@capitalsvcs.com | Aug 19 2024 20:53:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520285175 | | Email/Text: BNBSB@capitalsvcs.com | Aug 19 2024 20:53:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520285173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 19 2024 20:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520285174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 19 2024 20:54:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520314781 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2024 20:55:00 | CHRYSLER CAPITAL, P.O. BOX 961275, |

Case 24-15533-RG    Doc 29    Filed 08/21/24    Entered 08/22/24 00:41:38    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 186 | Total Noticed: 71 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | FORT WORTH, TX 76161-0275 |
| 520285177 | + | Email/Text: cms-bk@cms-collect.com | Aug 19 2024 20:54:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520285178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 21:16:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520285179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 19 2024 20:51:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520297669 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 19 2024 20:51:27 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520285182 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 19 2024 20:55:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520285183 | ^ | MEBN | Aug 19 2024 20:45:56 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520327832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 20:51:36 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520285185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:03:47 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:03:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520285186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2024 20:54:00 | Comenity Capital Bank/breadcashback, Po Box 182120, Columbus, OH 43218-2120 |
| 520285187 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 20:52:30 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520285188 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2024 20:50:28 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520293668 | | Email/Text: mrdiscen@discover.com | Aug 19 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520285190 | + | Email/Text: mrdiscen@discover.com | Aug 19 2024 20:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520285189 | + | Email/Text: mrdiscen@discover.com | Aug 19 2024 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520285191 | + | Email/Text: dplbk@discover.com | Aug 19 2024 20:55:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285192 | + | Email/Text: dplbk@discover.com | Aug 19 2024 20:55:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285193 | | Email/Text: bankruptcycourts@equifax.com | Aug 19 2024 20:54:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 520285194 | ^ | MEBN | Aug 19 2024 20:43:38 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 520291706 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 19 2024 20:54:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520285195 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 19 2024 20:54:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520285196 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 19 2024 20:54:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520285197 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 20:54:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520285198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 19 2024 20:54:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520285199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 19 2024 20:54:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520285180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2024 21:03:02 | Chase Card Services, Attn: Bankruptcy, P.O. |

Case 24-15533-RG    Doc 29    Filed 08/21/24    Entered 08/22/24 00:41:38    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 186 | Total Noticed: 71 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 520285181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 19 2024 21:17:29 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520318233 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 19 2024 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520291361 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 21:03:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285201 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 20:54:00 | Midland Credit Management Inc., for Aspire Visa, Department 8870, Los Angeles, CA 90084-8870 |
| 520354290 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2024 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520285203 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 20:54:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520285202 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 20:54:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520348285 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 20:54:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520285204 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 19 2024 20:53:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520290625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2024 20:54:00 | Nationstar - Mr. COoper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 520356175 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 20:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520285206 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 19 2024 20:53:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520350749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2024 20:52:32 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520285205 | + | Email/Text: pcabkt@phillips-cohen.com | Aug 19 2024 20:54:00 | Phillips & Cohen Associates, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520285208 | + | Email/Text: ngisupport@radiusgs.com | Aug 19 2024 20:54:00 | Radius Global Solutions LLC, PO Box 390915, Minneapolis, MN 55439-0911 |
| 520352280 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2024 21:03:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285209 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 19 2024 20:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520285211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 20:52:27 | Syncb/Verizon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520285210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 19 2024 20:52:38 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520285212 | | Email/Text: epr@telecheck.com | Aug 19 2024 20:55:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 520285213 | ^ | MEBN | Aug 19 2024 20:45:51 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520285214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2024 21:03:20 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285215 | ^ | MEBN | Aug 19 2024 20:43:33 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 520321766 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

Case 24-15533-RG    Doc 29    Filed 08/21/24    Entered 08/22/24 00:41:38    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: 186 | Total Noticed: 71 |

| | | | Aug 19 2024 20:54:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
|---|---|---|---|---|
| 520285216 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 20:54:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520285217 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 19 2024 20:54:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520326071 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520291243 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Jose A Galvao ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7