| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-15605 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Nationstar Mortgage LLC | Order Filed on September 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jose A Galvao | Case No: 24-15533-RG<br><br>Hearing Date: September 18, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**DATED: September 10, 2024**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-15605 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br><br>Jose A Galvao | Case No: 24-15533-RG<br><br>Hearing Date: September 18, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

The Consent Order pertains to the property located at 15 Ridge Lane, Blairstown, NJ 07825, mortgage account ending with "7579";

This Matter having been brought before the Court by Scott E. Tanne, Esquire, attorney for Debtor, Jose A Galvao (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Nationstar Mortgage LLC (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#18), which lists pre-petition arrears in the amount of $5,322.33, through Chapter 13 Plan payments.

3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

4. Debtor agrees to make regular monthly mortgage payments in the current amount of $2,935.45 and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Nationstar Mortgage LLC
By Its Attorney,

/s/ *Matthew Fissel*
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: 09/04/2024

DEBTOR
By Their Attorney,

/s/ Christine Curran, ESQ
~~Scott E. Tanne, Esquire~~ Christine Curran, ESQ
Attorney for Debtor
70 Bloomfield Ave,
Suite 203,
Pine Brook, NJ 07058
Phone Number: 973-701-1776
Email: ecf@tannelaw.com

Dated: 9/4/2024