UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on September 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

JOSE A GALVAO

Case No.:  24-15533RG

Hearing Date:  9/4/2024

Judge:  ROSEMARY GAMBARDELLA

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 10, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 24-15533RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 09/04/2024 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must become current with plan payments through August 2024 and same must be reccived and posted by the Trustee by 9/12/2024 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further
- ORDERED, that debtor must appear at the rescheduled 341 meeting on 9/17/2024 and same must be conducted completely or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further;
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 10/2/2024 at 8:30 AM.