| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-15605 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Nationstar Mortgage LLC | Order Filed on September 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jose A Galvao | Case No: 24-15533-RG<br><br>Hearing Date: September 18, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**DATED: September 10, 2024**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-15605 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br><br>Jose A Galvao | Case No: 24-15533-RG<br><br>Hearing Date: September 18, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

   The Consent Order pertains to the property located at 15 Ridge Lane, Blairstown, NJ 07825, mortgage account ending with "7579";

   This Matter having been brought before the Court by Scott E. Tanne, Esquire, attorney for Debtor, Jose A Galvao (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Nationstar Mortgage LLC (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

   1. The Parties agree that this consent order shall be made part of the Confirmation Order.

   2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#18), which lists pre-petition arrears in the amount of $5,322.33, through Chapter 13 Plan payments.

   3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

   4. Debtor agrees to make regular monthly mortgage payments in the current amount of $2,935.45 and acknowledges that the amount is subject to change in accordance with the terms of the note and mortgage.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Nationstar Mortgage LLC                          DEBTOR
By Its Attorney,                                 By Their Attorney,

/s/ *Matthew Fissel*                             /s/ ClMClWaM
Matthew Fissel, Esquire                          ~~Scott E. Tanne, Esquire~~ Christine Curran, ESQ
(Bar No. 038152012)                              Attorney for Debtor
Attorney for Creditor                            70 Bloomfield Ave,
BROCK & SCOTT, PLLC                              Suite 203,
3825 Forrestgate Dr.                             Pine Brook, NJ 07058
Winston-Salem, NC 27103                          Phone Number: 973-701-1776
Telephone: 844-856-6646                          Email: ecf@tannelaw.com
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: 09/04/2024                                Dated: 9/4/2024

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15533-RG |
| Jose A Galvao | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Scott E. Tanne    on behalf of Debtor Jose A Galvao ecf@tannelaw.com    tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8