| |
|---|
| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
| JOSE A GALVAO |

Order Filed on October 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-15533

Hearing Date:  10/02/2024

Judge:  ROSEMARY GAMBARDELLA

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 3, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): JOSE A GALVAO

Case No.: 24-15533RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/02/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/2/2024 of the plan filed on 08/16/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan and an amended Schedule B by 10/16/2024 or the case will be dismissed with no further notice to Debtor or Debtor's attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 11/20/2024 at 8:30 am.