| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>    JOSE A GALVAO | Order Filed on October 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  24-15533<br><br>Hearing Date:  10/02/2024<br><br>Judge:  ROSEMARY GAMBARDELLA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 3, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): JOSE A GALVAO

Case No.: 24-15533RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/02/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/2/2024 of the plan filed on 08/16/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan and an amended Schedule B by 10/16/2024 or the case will be dismissed with no further notice to Debtor or Debtor's attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 11/20/2024 at 8:30 am.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-15533-RG
Jose A Galvao  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Oct 03, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

**Recip ID    Recipient Name and Address**
db      + Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

**Name    Email Address**

Andrew L. Spivack
     on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Denise E. Carlon
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Laura M. Egerman
     on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Peter Adel Lawrence, I
     on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 03, 2024 | Form ID: pdf903 | Total Noticed: 1

Peter Adel Lawrence, I
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com

Scott E. Tanne
    on behalf of Debtor Jose A Galvao ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9