| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-15605 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br><br>JOSE A GALVAO | Case No: 24-15533-RG<br><br>Hearing Date: November 6, 2024<br><br>Judge: ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, Matthew Fissel, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

The matter titled Motion for Relief from Stay [35] and filed on September 4, 2024 was marked "order to be submitted," and

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The parties to the proposed order have been served. Each party's name and relationship to the case is as follows:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| Marie-Ann Greenberg | ☒ Trustee |
| Scott E. Tanne | ☒ Debtor Attorney |
| JOSE A GALVAO | ☒ Debtor |
| | |

I certify under penalty of perjury that the foregoing is true.

*New.8/1/18*

1

2

Date: <u>October 16, 2024</u>　　　　　　　　<u>/s/ Matthew Fissel</u>
　　　　　　　　　　　　　　　　　　　Signature

*New.8/1/18*