Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−15533−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Galvao
   15 Ridge Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−0895

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 22, 2024.

Dated: November 22, 2024
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15533-RG |
| Jose A Galvao | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103 |
| 520285169 | | Altantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520285200 | + | Manuel Galvao, 149 Johnston Avenue, Kearny, NJ 07032-2349 |
| 520290624 | + | Nationstar Mortgage LLC, Att: Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgatge Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520304338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 25 2024 20:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520295756 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 25 2024 20:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520326066 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:14:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520285172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:25:35 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520285170 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:14:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520285171 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:14:28 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520352298 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:02:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285176 | | Email/Text: BNBSB@capitalsvcs.com | Nov 25 2024 20:50:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520285175 | | Email/Text: BNBSB@capitalsvcs.com | Nov 25 2024 20:50:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520285173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 25 2024 20:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520285174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 25 2024 20:51:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520314781 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 25 2024 20:52:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |

Case 24-15533-RG    Doc 54    Filed 11/27/24    Entered 11/28/24 00:17:14    Desc Imaged
                              Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 520285177 | + | Email/Text: cms-bk@cms-collect.com | Nov 25 2024 20:51:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520285178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:25:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520285179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:01:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520297669 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2024 21:25:12 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520285182 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Nov 25 2024 20:52:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520285183 | ^ | MEBN | Nov 25 2024 20:50:49 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520327832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:02:18 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520285185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:13:50 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:25:27 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520285186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2024 20:51:00 | Comenity Capital Bank/breadcashback, Po Box 182120, Columbus, OH 43218-2120 |
| 520285187 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2024 21:14:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520285188 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 25 2024 21:14:33 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520293668 | | Email/Text: mrdiscen@discover.com | Nov 25 2024 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520285190 | + | Email/Text: mrdiscen@discover.com | Nov 25 2024 20:50:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520285189 | + | Email/Text: mrdiscen@discover.com | Nov 25 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520285191 | + | Email/Text: dplbk@discover.com | Nov 25 2024 20:52:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285192 | + | Email/Text: dplbk@discover.com | Nov 25 2024 20:52:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285193 | | Email/Text: bankruptcycourts@equifax.com | Nov 25 2024 20:51:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 520285194 | ^ | MEBN | Nov 25 2024 20:49:34 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 520291706 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 25 2024 20:51:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520285195 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 25 2024 20:51:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520285196 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 25 2024 20:51:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520285197 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 25 2024 20:51:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520285198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 25 2024 20:51:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520285199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 25 2024 20:51:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520285180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2024 21:01:19 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 24-15533-RG    Doc 54    Filed 11/27/24    Entered 11/28/24 00:17:14    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 71 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520285181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2024 21:25:15 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520318233 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 25 2024 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520291361 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:14:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285201 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 20:51:00 | Midland Credit Management Inc., for Aspire Visa, Department 8870, Los Angeles, CA 90084-8870 |
| 520354290 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520285203 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 20:50:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520285202 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 20:50:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520348285 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 20:50:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520285204 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 25 2024 20:50:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520290625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 20:50:00 | Nationstar - Mr. COoper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 520356175 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2024 20:50:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520285206 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2024 20:50:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520285207 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2024 20:50:00 | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520350749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2024 21:25:31 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520285205 | + | Email/Text: pcabkt@phillips-cohen.com | Nov 25 2024 20:51:00 | Phillips & Cohen Associates, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520285208 | + | Email/Text: ngisupport@radiusgs.com | Nov 25 2024 20:50:00 | Radius Global Solutions LLC, PO Box 390915, Minneapolis, MN 55439-0911 |
| 520352280 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:14:14 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285209 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 25 2024 20:50:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520285211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:14:13 | Syncb/Verizon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520285210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:25:20 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520285212 | | Email/Text: epr@telecheck.com | Nov 25 2024 20:52:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 520285213 | | ^ MEBN | Nov 25 2024 20:50:58 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520285214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:13:47 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285215 | | ^ MEBN | Nov 25 2024 20:49:06 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

| 520321766 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | | |
| --- | --- | --- | --- | --- | --- |
| | | | Nov 25 2024 20:51:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 | |
| 520285216 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | | |
| | | | Nov 25 2024 20:51:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 | |
| 520285217 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | | |
| | | | Nov 25 2024 20:51:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 | |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520326071 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520291243 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Scott E. Tanne | on behalf of Debtor Jose A Galvao ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 5 of 5
Date Rcvd: Nov 25, 2024 Form ID: plncf13 Total Noticed: 71
TOTAL: 9