Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−15533−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Galvao
   15 Ridge Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−0895

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     2/19/25
Time:     10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$6,342.00

EXPENSES
$411.45

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 28, 2025
JAN:

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15533-RG |
| Jose A Galvao | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 28, 2025 | Form ID: 137 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103 |
| 520285169 | | Altantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520285200 | + | Manuel Galvao, 149 Johnston Avenue, Kearny, NJ 07032-2349 |
| 520290624 | + | Nationstar Mortgage LLC, Att: Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgatge Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520304338 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2025 20:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520295756 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2025 20:50:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520326066 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 21:03:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520285172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 21:03:53 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 520285170 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 21:03:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520285171 | + | Email/PDF: bncnotices@becket-lee.com | Jan 28 2025 21:03:33 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520352298 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:03:59 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285176 | | Email/Text: BNBSB@capitalsvcs.com | Jan 28 2025 20:49:00 | Bryant State Bank, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 520285175 | | Email/Text: BNBSB@capitalsvcs.com | Jan 28 2025 20:49:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 520285173 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2025 20:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520285174 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 28 2025 20:50:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520314781 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2025 20:50:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |

Case 24-15533-RG    Doc 58    Filed 01/30/25    Entered 01/31/25 00:15:22    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 137 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 520285177 | + | Email/Text: cms-bk@cms-collect.com | Jan 28 2025 20:50:00 | Capital Management Services, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520285178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 21:14:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520285179 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 21:03:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520297669 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 21:03:57 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520285182 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 28 2025 20:50:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 520285183 | ^ | MEBN | Jan 28 2025 20:41:55 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520327832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 21:03:37 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520285185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 21:54:47 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520285184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 21:26:17 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520285186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2025 20:50:00 | Comenity Capital Bank/breadcashback, Po Box 182120, Columbus, OH 43218-2120 |
| 520285187 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2025 21:26:07 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520285188 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2025 21:03:06 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520293668 | | Email/Text: mrdiscen@discover.com | Jan 28 2025 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520285190 | + | Email/Text: mrdiscen@discover.com | Jan 28 2025 20:49:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520285189 | + | Email/Text: mrdiscen@discover.com | Jan 28 2025 20:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520285191 | + | Email/Text: dplbk@discover.com | Jan 28 2025 20:50:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285192 | + | Email/Text: dplbk@discover.com | Jan 28 2025 20:50:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 520285193 | | Email/Text: bankruptcycourts@equifax.com | Jan 28 2025 20:49:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 520285194 | ^ | MEBN | Jan 28 2025 20:41:03 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 520291706 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 28 2025 20:49:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520285195 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 28 2025 20:49:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520285196 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 28 2025 20:49:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520285197 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2025 20:50:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520285198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 28 2025 20:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 520285199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2025 20:49:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520285180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2025 21:03:13 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 24-15533-RG    Doc 58    Filed 01/30/25    Entered 01/31/25 00:15:22    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 28, 2025 | Form ID: 137 | Total Noticed: 72 |

| | | | | |
| --- | --- | --- | --- | --- |
| 520285181 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 28 2025 21:03:06 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520318233 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 28 2025 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520291361 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:14:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285201 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Midland Credit Management Inc., for Aspire Visa, Department 8870, Los Angeles, CA 90084-8870 |
| 520354290 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520285203 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 20:49:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 520285202 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 20:49:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520348285 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 20:49:00 | Nationstar Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 520285204 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 28 2025 20:49:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520482607 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 28 2025 20:49:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520290625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 28 2025 20:49:00 | Nationstar - Mr. COoper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 520356175 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 20:49:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520285206 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 20:49:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520285207 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 28 2025 20:49:00 | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520350749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:03:10 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520285205 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 28 2025 20:49:00 | Phillips & Cohen Associates, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 520285208 | + | Email/Text: ngisupport@radiusgs.com | Jan 28 2025 20:49:00 | Radius Global Solutions LLC, PO Box 390915, Minneapolis, MN 55439-0911 |
| 520352280 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:14:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520285209 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 28 2025 20:49:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520285211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 21:03:49 | Syncb/Verizon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 520285210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 21:03:06 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520285212 | | Email/Text: epr@telecheck.com | Jan 28 2025 20:50:00 | TeleCheck Services, Inc., Attn: Bankruptcy Dept, PO Box 4451, Houston, TX 77210-4451 |
| 520285213 | ^ | MEBN | Jan 28 2025 20:41:44 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520285214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2025 21:26:23 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: 137 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 520285215 | ^ MEBN | Jan 28 2025 20:40:49 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 SD 57117-6497 | |
| 520321766 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 20:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 | |
| 520285216 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 20:50:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 | |
| 520285217 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 28 2025 20:50:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 | |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520326071 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520291243 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com |
| Peter Adel Lawrence, I | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Scott E. Tanne | |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Jan 28, 2025 | Form ID: 137 | Total Noticed: 72

on behalf of Debtor Jose A Galvao ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9