**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Jose A. Galvao

| | |
|---|---|
| In Re:<br><br>JOSE A. GALVAO<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 24-15533 MEH<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC 7 Glenwood Avenue, New Jersey 07017, as attorneys for the debtor.

SCOTT E TANNE ESQ.

By: /s/ Scott E. Tanne
SCOTT E. TANNE, ESQ.
**Withdrawing Attorney**
Dated: July 1, 2025

GOLDMAN & BESLOW, LLC

By: /s/ David G. Beslow
DAVID G. BESLOW, ESQ.
**Superceding Attorney**
Dated: July 1, 2025

Agreed to by:

/s/ Jose A Galvao
Dated: July 1, 2025