Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 24−15533−TBA
        Chapter: 13
        Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose A Galvao
   15 Ridge Lane
   Blairstown, NJ 07825

Social Security No.:
   xxx−xx−0895

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/4/26 at 10:00 AM

to consider and act upon the following:

**73** − Certification of Default of Standing Trustee. re: Failed to file amended schedules I and J and provide Trustee's office with updated proof of income Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

**75** − Certification in Opposition to (related document:73 Certification of Default of Standing Trustee. re: Failed to file amended schedules I and J and provide Trustee's office with updated proof of income Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Jose A Galvao. (Beslow, David)

Dated: 2/9/26

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court