Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−15533−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose A Galvao
15 Ridge Lane
Blairstown, NJ 07825

Social Security No.:
xxx−xx−0895

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/4/26 at 10:00 AM

to consider and act upon the following:

*73* − Certification of Default of Standing Trustee. re: Failed to file amended schedules I and J and provide Trustee's office with updated proof of income Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*75* − Certification in Opposition to (related document:73 Certification of Default of Standing Trustee. re: Failed to file amended schedules I and J and provide Trustee's office with updated proof of income Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Jose A Galvao. (Beslow, David)

Dated: 2/9/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-15533-TBA

Jose A Galvao                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                          User: admin                                                   Page 1 of 2

Date Rcvd: Feb 09, 2026                                 Form ID: ntchrgbk                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

**Recip ID          Recipient Name and Address**
db          + Jose A Galvao, 15 Ridge Lane, Blairstown, NJ 07825-2103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| David G. Beslow | on behalf of Debtor Jose A Galvao ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 09, 2026                                Form ID: ntchrgbk                              Total Noticed: 1

Peter Adel Lawrence, I
                 on behalf of Creditor PNC Bank  National Association plawrence244@gmail.com

Peter Adel Lawrence, I
                 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION plawrence244@gmail.com

U.S. Trustee
                 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8