

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

   JOSE A GALVAO

**Case No.:  24-15533 TBA**

**Hearing Date:  3/4/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 4, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s):  JOSE A GALVAO

Case No.:  24-15533

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 03/04/2026 on notice to GOLDMAN &

BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended budget and provide the Trustee's office with updated

    proof of income from all sources by 3/11/2026 or the case will be dismissed upon the Trustee submitting a

    dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be

    adjourned to 3/18/2026 at 10:00 am.