Order Filed on October 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000

David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Jose A Galvao

In Re:

JOSE A GALVAO

Case No.: 24-15533

Chapter: 13

Judge: MEH

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED.**

**DATED: October 7, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that GOLDMAN & BESLOW LLC, the applicant, is allowed a fee of $ 1000.00 for services rendered and expenses in the amount of $ n/a for a total of $ 1000.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ n/a per month for ____________ months to allow for payment of the above fee.

*rev.8/1/15*